**636**

claims and cross-complaints is REVERSED AND REMANDED. The district court is directed to prepare express factual findings supported by reference to the record concerning whether the Village is a tribe for purposes of sovereign immunity. Upon remand, the district court is also instructed to permit the parties to present evidence concerning any factual issues that may arise in determining whether the Native Village of Tyonek is an Indian tribe in the political sense, and if its real property is "Indian country."

Before WALLACE, Chief Judge, BROWNING, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, D.W. NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ, RYMER, T.G. NELSON and KLEINFELD, Circuit Judges.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

---

**UNITED STATES of America, Plaintiff–Appellant,**

**v.**

**Wanis KOYOMEJIAN; Raffi Kouyoumjian, Simon Kouyoumjian, Agop Kouyoumjian, Ohanes Khawaloujian, Salim Chalhoub, Rita Sorfazian, Dalida Avakian, Avedis Khawaloujian, Jimmy Contreras, Raul Vivas, Hamayak Atayan, Defendants–Appellees.**

No. 90–50218.

United States Court of Appeals, Ninth Circuit.

Feb. 12, 1992.

Mark J. Werksman, Asst. U.S. Atty., Los Angeles, Cal., for plaintiff-appellant.

Howard L. Weitzman, Steve Cochran, David R. Fields, Katten Muchin Zavis & Weitzman, Los Angeles, Cal., for defendants-appellees Wanis Koyomejian and Simon Kouyoumjian.

**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Carlos Antonio GOMEZ–OSORIO, Defendant–Appellant.**

No. 89–50280.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 7, 1992.

Decided Feb. 18, 1992.